**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RONA LOCKHEART,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STONEMARK MANAGEMENT, LLC,<br><br>　　　　　Defendant. | CIV. ACTION NO. 1:13-cv-04072-AT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41 (a)(1) and the Court's Order dated May 20, 2014 [Doc. 6], Plaintiff Rona Lockheart and Defendant Stonemark Management, LLC, hereby stipulate and agree that this matter should be dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.

Respectfully submitted this 21st day of May, 2014.

| | |
|---|---|
| /s/Jeff Kerr<br>Counsel for Plaintiff<br>Jeff Kerr, Esq.<br>Georgia Bar No. 634260<br>MAYS & KERR LLC<br>235 Peachtree Street NE<br>North Tower \| Suite 202<br>Atlanta, GA 30303<br>Telephone: (404) 410-7998<br>Facsimile: (877) 813-1845<br><br>Attorneys for Plaintiff | /s/ Lauren H. Zeldin<br>Counsel for Defendants<br>Lauren H. Zeldin<br>Georgia Bar No. 368999<br>Ogletree, Deakins, Nash,<br>　Smoak & Stewart, P.C.<br>191 Peachtree Street, NE<br>Suite 4800<br>Atlanta, Georgia  30303<br>Telephone:  404-881-1300<br>Facsimile:  404-870-1732<br><br>Attorneys for Stonemark Management, LLC |